

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

|                      |   |                        |
|----------------------|---|------------------------|
| WILLIAM ESTRADA,     | § | No. 08-15-00271-CR     |
| Appellant,           | § | Appeal from the        |
| v.                   | § | 205th District Court   |
| THE STATE OF TEXAS,  | § | of El Paso County, Texas |
| State.               | § | (TC# 20130D01284)      |

§

**O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **August 3, 2016.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before August 3, 2016.

IT IS SO ORDERED this 17th day of June, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.